## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANGELA SINGLETON, )
)
     Plaintiff, )
)     CIVIL ACTION
v. )
) NO. 1:14-CV-00274-RWS
MT. VERNON PREMIER CARE, )
LLC, )  JURY TRIAL DEMANDED
)
     Defendant. )
_____ )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby file this joint stipulation of dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), seeking to dismiss with prejudice all of the claims of the Plaintiff in this action against the Defendant.  Each party shall bear its own fees and costs.

Respectfully submitted this 2nd day of June, 2014.


/s/V. Severin Roberts             /s/Edward N. Boehm, Jr.
Amanda A. Farahany           Andria L. Ryan
Georgia Bar No. 646135        Georgia Bar No. 461495
V. Severin Roberts               Edward N. Boehm, Jr.
Georgia Bar No. 940504        Georgia Bar No. 183411

BARRETT & FARAHANY, LLP    FISHER & PHILLIPS LLP
1100 Peachtree Street              1075 Peachtree Street NE

Suite 500                              Suite 3500
Atlanta, GA 30309                      Atlanta, GA 30309
Tel:  404-214-0120                     Tel: 404-231-1400
Fax:  404-214-0125                     Fax: 404-240-4249
amanda@bf-llp.com                      aryan@laborlawyers.com
vsroberts@bf-llp.com                   tboehm@laborlawyers.com

Counsel for Plaintiff                  Counsel for Defendants